IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| ABELARDO RAMOS-CORDERO | § | |
| VS. | § | CIVIL ACTION NO. 1:04cv514 |
| R.D. MILES | § | |

**FINAL JUDGMENT**

This action came on before the Court, Honorable Thad Heartfield, District Judge, presiding, and the issues having been duly considered and a decision having been duly rendered, it is

**ORDERED** and **ADJUDGED** that plaintiff take nothing, and this petition is **DISMISSED.**

All motions by either party not previously ruled on are hereby **DENIED.**

**SIGNED** this the **10** day of **May, 2005.**

_____
Thad Heartfield
United States District Judge